1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700
5
6  Attorneys for Defendant
7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10  KATHERINE WENNER,

11          Plaintiff,                    CASE NO. **2:04-CV-02343-FCD-PAN**

12
     v.
13                                         STIPULATION AND ORDER
                                           SETTLING ATTORNEY'S FEES
14  JO ANNE B. BARNHART,                   PURSUANT TO THE EQUAL
     Commissioner of                       ACCESS TO JUSTICE ACT
15   Social Security,

16          Defendant.

17

18          IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

19

20  subject to the approval of the Court, that counsel for Plaintiff be awarded attorney's fees under the

21  Equal Access to Justice Act (EAJA) in the amount of TWO THOUSAND THREE HUNDRED AND

22  00/100 DOLLARS ($2,300.00).  This amount represents compensation for legal services rendered on

23  behalf of Plaintiff by Plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).
24
            This stipulation constitutes a compromise settlement of Plaintiff's request for all fees and costs
25
26  under the EAJA, and does not constitute an admission of liability on the part of Defendant under the

27  EAJA.  Payment of the TWO THOUSAND THREE HUNDRED AND 00/100 DOLLARS

28

                                              1

($2,300.00) in fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: August 4, 2005                    */s/ Jessie S. Kaplan*
                                         JESSE S. KAPLAN
                                         Attorney at Law

                                         Attorney for Plaintiff


DATED: August 8, 2005                    McGREGOR W. SCOTT
                                         United States Attorney


                                         By: */s/ Bobbie J. Montoya*
                                         BOBBIE J. MONTOYA
                                         Assistant U. S. Attorney

OF COUNSEL

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

MICHAEL A. CABOTAJE
Assistant Regional Counsel

U. S. Social Security Administration

---

Re:  KATHERINE WENNER v. JO ANNE B. BARNHART, Case No. 2:04-CV-02343-FCD-PAN, Stipulation and Order Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

_____oOo_____

**ORDER**

     **Upon stipulation of the parties, plaintiff in CASE NO. 2:04-CV-02343-FCD-PAN,**

**KATHERINE WENNER v. Jo Anne B. Barnhart, is hereby awarded attorney fees in the**

**amount of $2,300.00, pursuant to the Equal Access to Justice Act.**

     **APPROVED AND SO ORDERED.**

**DATED:  August 9, 2005**          **/s/ Frank C. Damrell Jr.**
                                **FRANK C. DAMRELL, JR.**
                                **UNITED STATES DISTRICT JUDGE**